# CASE ANNOUNCEMENTS

*May 26, 2011*

[Cite as *05/26/2011 Case Announcements*, 2011-Ohio-2507.]

## MOTION AND PROCEDURAL RULINGS

**2010–1373. State v. Thompson.**

Summit C.P. No. CR–2008–07–2390. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County.

Upon consideration of appellant's motion to reset the filing deadline for appellant's merit brief, it is ordered by the court that the motion is denied. It is further ordered by the court, sua sponte, that appellant's merit brief shall be filed no later than July 6, 2011.